IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**ROLAND GUY GIORDANO,**      Civil Action Number
    **2:12-cv-02784-KHV-JPO**
    **Plaintiff,**

vs.

**STELLAR RECOVERY, INC.,**

    **Defendant.**

## JOINT NOTICE OF SETTLEMENT

The Plaintiff, Roland G. Giordano, and the Defendant, Stellar Recovery, Inc., hereby advise this matter has been settled and states as follows:

1. The Parties will file a Stipulation of Dismissal with Prejudice with each party to pay their or its own attorney's fees and costs once the settlement documents have been executed by the parties and delivered to all counsel and the Plaintiff has received the settlement funds. The parties expect this to happen within the next fourteen (14) days.

    Respectfully submitted,

Dated: February 28, 2013     By /s/J. Mark Meinhardt
    J. Mark Meinhardt, #20245
    9400 Reeds Road, Suite 210
    Overland Park, KS 66207
    Office: (913) 451-9797
    Fax: (913) 451-6163
    Email: mark@meinhardtlaw.com
    ATTORNEY FOR PLAINTIFF

Dated: <u>February 28, 2013</u>  By <u>/s/Rachel B. Ommerman</u>
Rachel B. Ommerman, #21868
Berman & Rabin, P.A.
15280 Metcalf Avenue
Overland Park, KS 66223
Office: (913) 649-1555
Fax: (913) 652-9474
Email: rommerman@bermanrabin.com
ATTORNEY FOR DEFENDANT